## 25726. JOHNSON *v.* THE STATE.

MACINTYRE, J. 1. Under the ruling in *Moore* v. *State*, 54 *Ga. App.* 218 (187 S. E. 595), and authorities cited therein, the present indictment, which charges that on May 9, 1935, W. G. Johnson "did unlawfully keep, maintain, employ, and carry on a lottery, the same being a scheme and device for the hazarding of money, known and designated as the number-game," is good in form and substance and not subject to any of the demurrers interposed.

2. Evidence relating to a similar transaction which occurred about four months before the time the present offense is alleged to have been committed, was admissible in evidence (*Crawford* v. *State*, 49 *Ga. App.* 801 (4) (176 S. E. 92); and this is true even though the defendant was acquitted when tried for the previous offense. *Lee* v. *State*, 8 *Ga. App.* 413 (5) (69 S. E. 310); *Taylor* v. *State*, 174 *Ga.* 52 (7), 67, 68 (162 S. E. 504).

3. The evidence as to the manner of operating a lottery known as the number-game was not objectionable as hearsay.

4. The evidence supported the verdict, and the court did not err in overruling the certiorari.

*Judgment affirmed. Broyles, C. J., and Guerry, J., concur.*

DECIDED SEPTEMBER 22, 1936.

*Swift Tyler Jr., Ernest Watts,* for plaintiff in error.

*John S. McClelland,* solicitor, *John A. Boykin, solicitor-general, J. W. LeCraw,* contra.